# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL KANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-111 |
| | ) | |
| THE MAYOR AND ALDERMEN | ) | |
| OF THE CITY OF SAVANNAH | ) | |
| and ROY W. MINTER, JR., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, after considering the parties' Rule 26(f) report, the Court imposes the following deadlines in the above-styled case:

| | |
|---|---|
| **DATE OF RULE 26(F) CONFERENCE** | June 18, 2021 |
| **LAST DAY TO EXCHANGE INITIAL DISCLOSURES** | July 2, 2021 |
| **LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES** | August 17, 2021 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY PLAINTIFF** | August 17, 2021 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY DEFENDANTS** | September 16, 2021 |

| CLOSE OF DISCOVERY | November 5, 2021 |
|---|---|
| JOINT STATUS REPORT DUE | November 22, 2021 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS *IN LIMINE* | December 6, 2021 |

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

In response to plaintiff's Amended Complaint, Minter has filed renewed motions to dismiss and to stay discovery. Doc. 25 & 26. He acknowledges that the filing of the Amended Complaint and new motions makes moot his earlier motions to dismiss and to stay. Doc. 25-1 at 13, n. 4; doc. 26 at 1–2. Therefore, Minter's original motion to dismiss the complaint, doc. 16, and motion to stay discovery, doc. 17, are **TERMINATED as moot**.

**SO ORDERED**, this 6th day of July, 2021.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA