IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **DANIEL KANG,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, and ROY W. MINTER, JR.,** Chief of Police for the City of Savannah, Georgia, in his Individual Capacity,<br><br>    **Defendants.** | Civil Action no: 4:21-cv-00111-WTM-CLR |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Defendant The Mayor and Aldermen of the City of Savannah, by and through its undersigned counsel, hereby requests that the Court withdraw K. Elizabeth Holland as its counsel in this action.

Ms. Holland's email notice to Defendant is attached as Exhibit A.

The City will continue to be represented by City Attorney R. Bates Lovett and Deputy City Attorney Jennifer N. Herman, and Patrick T. O'Connor and Patricia T. Paul of Oliver Maner LLP.

Respectfully submitted, this 11th day of August, 2021.

OFFICE OF THE CITY ATTORNEY

| | |
|---|---|
| P. O. Box 1027 | R. BATES LOVETT |
| Savannah, Georgia 31402 | City Attorney |
| (912) 525-3092 telephone | Georgia Bar No. 459568 |
| (912) 525-3267 facsimile | JENNIFER N. HERMAN |
| BLovett@savannahga.gov | Deputy City Attorney |
| Jherman@savannahga.gov | Georgia Bar No. 327017 |

OLIVER MANER LLP

P.O. Box 10186
Savannah, GA 31412
(912) 236-3311 telephone
(912) 236-8725 facsimile
pto@olivermaner.com
ppaul@olivermaner.com

/s/ Patricia T. Paul
PATRICK T. O'CONNOR
State Bar No.: 548425
PATRICIA T. PAUL
State Bar No.: 697845

*Attorneys for Defendant The Mayor and Aldermen of the City of Savannah*

# Exhibit A

# Elizabeth Holland

| | |
|---|---|
| **From:** | Elizabeth Holland |
| **Sent:** | Tuesday, July 27, 2021 3:44 PM |
| **To:** | BLovett@savannahga.gov; 'Jennifer Herman' |
| **Cc:** | Pat O'Connor; Patty Paul |
| **Subject:** | Kang v. The Mayor and Aldermen of the City of Savannah et al |

Bates and Jennifer,

Pursuant to Local Rule LR 83.7, I am writing to confirm that I will be seeking to have my appearance on behalf of The Mayor and Aldermen of the City of Savannah withdrawn. Pat O'Connor and Patty Paul will continue on this case. Please let me know if you have any questions.

Sincerely,

Elizabeth Holland

**Elizabeth Holland**
Associate



218 W. State Street **|** Savannah, Georgia 31401
Office: 912.236.3311

**NOTICE**: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward or rely on the email and its attachments in any way. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **DANIEL KANG,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, and ROY W. MINTER, JR., Chief of Police for the City of Savannah, Georgia, in his Individual Capacity,**<br><br>    **Defendants.** | **Civil Action no: 4:21-cv-00111-WTM-CLR** |

**(PROPOSED) ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL**

This action is before the Court on Defendant The Mayor and Aldermen of the City of Savannah's Motion for Withdrawal of Counsel.

For good cause shown, the motion is GRANTED. K. Elizabeth Holland shall be removed from this case, and will not receive any further notices.

SO ORDERED this \_\_\_\_ day of _____ , 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing, by email/electronic notification to the following: Brent J. Savage bsavage@savagelawfirm.net, Shawn A. Kachmar skachmar@huntermaclean.com, and Taylor Dove tdove@huntermaclean.com.

This 11th day of August, 2021.

OLIVER MANER LLP

/s/ Patricia T. Paul
PATRICK T. O'CONNOR
State Bar No.: 548425
PATRICIA T. PAUL
State Bar No.: 697845

P.O. Box 10186
Savannah, GA 31412
(912) 236-3311 telephone
(912) 236-8725 facsimile
pto@olivermaner.com
ppaul@olivermaner.com

*Attorneys for Defendant The Mayor and Aldermen of the City of Savannah*