UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL KANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-111 |
| | ) | |
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, and ROY W. MINTER, JR. | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, after considering the parties' Consent Proposed Amended Scheduling Order, docs. 61 & 61-1, the Court imposes the following deadlines in the above-styled case:

| | |
|---|---|
| **LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES** | June 6, 2022 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY PLAINTIFF** | August 5, 2022 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY DEFENDANTS** | September 16, 2022 |
| **CLOSE OF DISCOVERY** | October 21, 2022 |
| **JOINT STATUS REPORT DUE** | November 11, 2022 |

1

**LAST DAY FOR FILING CIVIL MOTIONS**  November 22, 2022[1]
**INCLUDING DAUBERT MOTIONS BUT**
**EXCLUDING MOTIONS *IN LIMINE***

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this 19th day of April, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties' proposed scheduling order includes deadlines for responses and replies to "civil motions." *See* doc. 61-1 at 2-3. To the extent that the parties' intent is to proactively extend the deadlines to respond and reply to dispositive civil motions, *e.g.* motions for summary judgment, that request is premature. The proposed deadlines also risk confusing the parties' obligations to respond and reply to nondispositive motions that may be filed before the civil motions deadline, *e.g.* motions to compel discovery. *Cf.* S.D. Ga. L. Civ. R. 7.5, 7.6. To avoid any confusion, the Court declines to enter the parties' proposed response and reply deadlines. However, the parties remain free to seek consent extensions to the response and reply deadlines associated with any motions that are filed.