# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| DANIEL KANG,<br><br>    Plaintiff,<br><br>-vs-<br><br>THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH and ROY W. MINTER, JR., CHIEF of Police for the City of Savannah, Georgia, In His Individual and Official Capacities,<br><br>    Defendants. | Civil Action No.: 4:21-cv-111-WTM-CLR |

## APPLICATION FOR LEAVE OF ABSENCE OF KATHRYN HUGHES PINCKNEY

**COMES NOW** Kathryn Hughes Pinckney, and pursuant to Local Rule 83.9, files her Application for Leave of Absence from this Court for the following days:

**June 21, 2022 through June 24, 2022**

Leave is requested for the purpose of an orthopedic surgical procedure. With regard to said Application, shows the Court the following:

1. Kathryn Hughes Pinckney is currently one of the attorneys of record for William Jenkins, Plaintiff and requests that this leave of absence be applicable to all trials, hearings, depositions, and other legal proceedings which might be scheduled in this matter.

2. All interested counsel have been notified of this request by receiving a

service copy of this Application, in accordance with the notice of electronic filing which was generated as a result of electronic filing in this court.

**This 15TH day of JUNE, 2022.**

       **SAVAGE & TURNER, P. C.**

       /s/ Kathryn Hughes Pinckney
       Kathryn Hughes Pinckney
       Georgia Bar No.  376110
       Attorney for Plaintiff

Post Office Box 10600
102 E. Liberty Street, 8th Floor
Savannah, GA 31412
(912) 231-1140
(912) 232-4212 - fax
kpinckney@savagelawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing document on all parties in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing as well as emailing a true and correct copy of the foregoing document to the parties listed below:

| | |
|---|---|
| Patrick T. O'Connor, Esq.<br>Patricia T. Paul, Esq.<br>OLIVER MANER LLP<br>218 West State Street<br>Post Office Box 10196<br>Savannah Georgia 31412<br>pto@olivermaner.com<br>ppaul@olivermaner.com<br>*Counsel for Defendant The Mayor and Aldermen of the City of Savannah* | Shawn A. Kachmar, Esq.<br>Taylor L. Dove, Esq.<br>HUNTER MACLEAN<br>Post Office Box 9848<br>Savannah Georgia 31412<br>skachmar@huntermaclean.com<br>tdove@huntermaclean.com<br>*Counsel for Defendant Chief Minter* |
| R. Bates Lovett, City Attorney<br>Jennifer N. Herman, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY<br>P. O. Box 1027<br>Savannah, GA 31402<br>blovett@savannahga.gov<br>jherman@savannahga.gov<br>*Counsel for Defendant The Mayor and Aldermen of the City of Savannah* | |

**This 15TH day of JUNE, 2022.**

SAVAGE & TURNER, P. C.

/s/ ***Kathryn Hughes Pinckney***
Brent J. Savage
Georgia Bar No. 627450
Kathryn Hughes Pinckney
Georgia Bar No. 376110
Attorneys for Plaintiff

Post Office Box 10600
102 E. Liberty Street, 8th Floor
Savannah, GA 31412
(912) 231-1140
(912) 232-4212 - fax
kpinckney@savagelawfirm.net