IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL KANG,<br><br>    Plaintiff,<br><br>-vs-<br><br>THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH and ROY W. MINTER, JR., CHIEF of Police for the City of Savannah, Georgia, In His Individual and Official Capacities,<br><br>    Defendants. | Civil Action No.: 4:21-cv-111-WTM-CLR |

## **ORDER**

Application for leave of absence has been requested by Kathryn Hughes Pinckney for the period of June 21, 2022 through June 24, 2022.

The above and foregoing request for leave of absence is approved.

**SO ORDERED**, this 15th day of June, 2022.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia