UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL KANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-111 |
| | ) | |
| THE MAYOR AND ALDERMEN | ) | |
| OF THE CITY OF SAVANNAH, | ) | |
| and ROY W. MINTER, JR., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

For good cause shown, the parties' Consent Motion to Extend Discovery Deadline is **GRANTED**. Doc. 65. Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, after considering the parties' consent motion, the Court imposes the following deadlines in the above-styled case:

| | |
|---|---|
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY PLAINTIFF** | August 19, 2022 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY DEFENDANTS** | September 30, 2022 |
| **CLOSE OF DISCOVERY** | November 4, 2022 |
| **JOINT STATUS REPORT DUE** | November 29, 2022 |

1

**LAST DAY FOR FILING CIVIL MOTIONS**   December 6, 2022
**INCLUDING DAUBERT MOTIONS BUT**
**EXCLUDING MOTIONS *IN LIMINE***

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this 8th day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA