**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| DANIEL KANG, | |
|     Plaintiff, | CIVIL ACTION NO. 4:21-cv-111-WTM-CLR |
| v. | |
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH and ROY W. MINTER, JR., Chief of Police for the City of Savannah, Georgia, in his Individual and Official Capacities, | |
|     Defendants. | |

**NOTICE OF APPEARANCE OF COUNSEL**

    **COMES NOW** Michael G. Schiavone of Jackson & Schiavone, and hereby enters his appearance as co-counsel of record for Plaintiff in the above-captioned matter.

Respectfully submitted, this 24th day of August, 2022.

                                              /s/  Michael G. Schiavone
                                                Michael G. Schiavone
                                                Georgia Bar No. 629187

JACKSON & SCHIAVONE
Post Office Box 8876
Savannah, Georgia 31412
Phone: (912) 232-2646
Fax: (912) 232-8798
js_law@bellsouth.net

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case through the following counsels of record, in accordance with the notice of electronic filing which was generated as a result of electronic filing in this Court:

*Attorneys for Defendants, The Mayor and Alderman of the City of Savannah:*

Patrick T. O'Connor, Esq.,
Patricia T. Paul, Esq.
OLIVER MANER LLP
218 West State Street
Post Office Box 10196
Savannah, Georgia 31412
pto@olivermaner.com
ppaul@olivermaner.com

R. Bates Lovett, City Attorney
Jennifer N. Herman, Deputy City Attorney
OFFICE OF THE CITY ATTORNEY
Post Office Box 1027
Savannah, Georgia 31402
blovett@savannahga.gov
jherman@savannahga.gov

*Attorneys for Defendant Chief Minter:*

Shawn A. Kachmar, Esq.
Taylor L. Dove, Esq
HUNTER MACLEAN
Post Office Box 9848
Savannah, Georgia 31412
skachmar@huntermaclean.com
tdove@huntermaclean.com

Respectfully submitted, this 25th day of August, 2022.

By: **/s/ Michael G. Schiavone**
Michael G. Schiavone
Georgia Bar No.:629187

JACKSON & SCHIAVONE
Post Office Box 8876
Savannah, Georgia 31412
Phone: (912) 232-2646
Fax: (912) 232-8798
js_law@bellsouth.net