# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DANIEL KANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH and ROY W. MINTER, JR., Chief of Police for the City of Savannah, Georgia, | ) Civil Action No.: 4:21-cv-111-WTM-CLR |
| | ) |
| Defendants. | ) |
| | ) |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

COME NOW the Plaintiff and Defendants (collectively the "Parties") and hereby jointly move that the Court extend the deadlines in the current Scheduling Order (Doc. 66), respectfully showing the Court as follows:

1. The Parties are diligently pursing discovery. Multiple rounds of written discovery have been exchanged, and more remains pending. Several depositions have been taken and more are scheduled for later in September and October. The Parties are also working to schedule additional depositions, but scheduling has been challenging given the number of witnesses, schedule of counsel, and because some witnesses reside out of the area. Defendants have also requested additional time to provide expert information.

2. The Parties have discussed current deadlines and agree that because of the remaining work to be done and the schedules of witnesses and counsel, the deadlines in the proposed amended scheduling order will enable the Parties to compete discovery efficiently and to effectively present issues for resolution to the Court.

1

3. This joint request is based upon good cause, is not interposed for purposes of delay, and will not prejudice any party.

4. The Parties respectfully request that for good cause shown, the Court enter the Amended Scheduling Order attached hereto as Exhibit "A."

Respectfully submitted this 20th day of September, 2022.

**C O N S E N T E D   T O :**

| | |
|---|---|
| *s/Shawn A. Kachmar* | *s/Kathryn Hughes Pinckney* |
| SHAWN A. KACHMAR | BRENT J. SAVAGE |
| Georgia Bar No. 405723 | Georgia Bar No. 627450 |
| TAYLOR L. DOVE | KATHRYN HUGHES PINCKNEY |
| Georgia Bar No. 993210 | Georgia Bar No. 376110 |
| Hunter Maclean | Savage & Turner, P.C. |
| Post Office Box 9848 | 102 East Liberty Street, 8th Floor |
| Savannah, Georgia 31412 | Post Office Box 10600 |
| Phone: (912) 236-0261 | Savannah, Georgia 31412 |
| Fax: (912) 236-4936 | Phone: (912) 231-1140 |
| skachmar@huntermaclean.com | Fax: (912) 232-4212 |
| tdove@huntermaclean.com | bsavage@savagelawfirm.net; |
| *Attorneys for Defendant Chief Minter* | lhatcher@savagelawfirm.net |
| | kpinckney@savagelawfirm.net |
| | *Counsel for Plaintiff* |
| | |
| *s/ Patrick T. O'Connor* | *s/ R. Bates Lovett* |
| PATRICK T. O'CONNOR | R. BATES LOVETT |
| Georgia Bar No. 548425 | City Attorney |
| */s/ Patricia T. Paul* | Georgia Bar No. 459568 |
| PATRICIA T. PAUL | *s/ Jennifer N. Herman* |
| Georgia Bar No. 697845 | JENNIFER N. HERMAN |
| OLIVER MANER LLP | Deputy City Attorney |
| 218 W. State Street | Georgia Bar No. 327017 |
| Savannah, GA 31401 | OFFICE OF THE CITY ATTORNEY |
| Telephone: (912) 236-3311 | P.O. Box 1027 |
| Facsimile: (912) 236-8725 | Savannah, GA 31402 |
| pto@olivermaner.com | Telephone: (912) 525-3092 |
| ppaul@olivermaner.com | Facsimile: (912) 525-3267 |
| | blovett@savannahga.gov |
| | jherman@savannahga.gov |

*Attorneys for Defendant The Mayor and Aldermen of the City of Savannah*

## **CERTIFICATE OF SERVICE**

I certify that I have this day served a copy of the within and foregoing **CONSENT MOTION TO AMEND SCHEDULING ORDER** by using the CM/ECF system which will send a notice of electronic filing to all parties.

Respectfully submitted this 20th day of September 2022.

                                              *s/Shawn A. Kachmar*
                                              SHAWN A. KACHMAR
                                              Georgia Bar No. 405723
                                              TAYLOR L. DOVE
                                              Georgia Bar No. 993210
                                              Hunter Maclean
                                              Post Office Box 9848
                                              Savannah, Georgia 31412
                                              Phone: (912) 236-0261
                                              Fax: (912) 236-4936
                                              skachmar@huntermaclean.com
                                              tdove@huntermaclean.com

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL KANG, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| THE MAYOR AND ALDERMEN OF ) | Civil Action No.: 4:21-cv-111-WTM-CLR |
| THE CITY OF SAVANNAH and ROY ) | |
| W. MINTER, JR., Chief of Police for the ) | |
| City of Savannah, Georgia,, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, after considering the Parties' Consent Motion to Amend Scheduling Order, the Court amends the Scheduling Order (Doc. 66) and imposes the following deadlines in the above-styled matter:

| | |
|---|---|
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY DEFENDANTS** | October 31, 2022 |
| **CLOSE OF DISCOVERY** | December 2, 2022 |
| **JOINT STATUS REPORT DUE** | January 9, 2023 |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS *IN LIMINE*** | January 27, 2023 |

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this ___ day of _____, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA