IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANIEL KANG,  )
 )
      Plaintiff,  )
 )
vs.  )  Case No. CV421-111
 )
THE MAYOR AND ALDERMAN OF THE  )
CITY OF SAVANNAH and ROY W.  )
MINTER, JR., Chief of Police  )
for the City of Savannah,  )
Georgia, in his Individual and  )
Official Capacities,  )
 )
      Defendants.  )

## ORDER

The above captioned case was filed in the Savannah Division of the United States District Court for the Southern District of Georgia and was previously assigned to the Honorable William T. Moore, Jr. **IT IS HEREBY ORDERED** that this case is reassigned to the Honorable J. Randall Hall for further plenary disposition.

**SO ORDERED**, this 27th day of October 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA