IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL KANG, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:21-cv-111-RSB-CLR |
| ) | |
| v. ) | |
| ) | |
| THE MAYOR AND ALDERMEN ) | |
| OF THE CITY OF SAVANNAH ) | |
| and ROY W. MINTER, JR., Chief of ) | |
| Police for the City of Savannah, Georgia, ) | |
| in his Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

JOINT NOTICE REQUESTED BY THE COURT IN SCHEDULING ORDER, DOC. 83

The parties engaged in a mediation on January 19, 2023. The mediation ended, and the parties will engage in continued discovery.

This the *25th* day of January, 2023.

/s/ R. Bates Lovett
R. BATES LOVETT
City Attorney
Georgia Bar No. 459568

/s/ Jennifer N. Herman
JENNIFER N. HERMAN
Deputy City Attorney
Georgia Bar No. 327017

OFFICE OF THE CITY ATTORNEY
P. O. Box 1027
Savannah, Georgia  31402
(912) 525-3092 telephone
(912) 525-3267 facsimile
BLovett@savannahga.gov
Jherman@savannahga.gov

1

|  |  |
|---|---|
|  | OLIVER MANER LLP |
|  |  |
|  | /s/ Patrick T. O'Connor |
|  | PATRICK T. O'CONNOR |
|  | Georgia Bar No. 548425 |
|  |  |
|  | /s/ Patricia T. Paul |
|  | PATRICIA T. PAUL |
|  | Georgia Bar No. 697845 |
| 218 W. State Street | |
| P. O. Box 10186 | Attorneys for Defendant The Mayor and |
| Savannah, Georgia  31412 | Aldermen of the City of Savannah |
| (912) 236-3311 | |
| pto@olivermaner.com | |
| ppaul@olivermaner.com | |

JOINING IN THIS NOTICE:

/s/ Brent J. Savage
BRENT J. SAVAGE
Georgia Bar No. 627450

Kathryn Hughes Pinckney
KATHRYN HUGHES PINCKNEY
Georgia Bar No. 627450
SAVAGE & TURNER, P.C.
102 East Liberty Street, 8th Floor
P. O. Box 10600
Savannah, GA  31412
(912) 231-1140
(912) 232-4212 (facsimile)
bsavage@savagelawfirm.net
lhatcher@savagelawfirm.net
kpinckney@savagelawfirm.net

*/s/ Michael G. Schiavone*
MICHAEL G. SCHIAVONE
Georgia Bar No. 629187
JACKSON & SCHIAVONE
P. O. Box 8876
Savannah, GA  31412
(912) 232-2646
(912) 232-8798 (facsimile)
Js_law@bellsouth.net

Attorneys for Plaintiff Daniel Kang


*/s Shawn A. Kachmar*
SHAWN A. KACHMAR
Georgia Bar No. 405723


*/s/ Taylor L. Dove*
TAYLOR L. DOVE
Georgia Bar Number 993210
HUNTER MACLEAN
P. O. Box 9848
200 East Saint Julian St.
Savannah, Georgia  314123-0048
(912) 236-0261
(912) 236-4936 (facsimile)
skachmar@huntermaclean.com
tdove@huntermaclean.com

Attorneys for Defendant Roy W. Minter, Jr.

3

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This *25th* day of January, 2023.

                                              OLIVER MANER LLP

                                              */s/ Patricia T. Paul*
                                              PATRICIA T. PAUL
                                              Georgia State Bar No. 697845

218 W. State Street
P. O. Box 10186                                 Attorneys for Defendant The Mayor and
Savannah, Georgia  31412               Aldermen of the City of Savannah
(912) 236-3311
ppaul@olivermaner.com