# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **DANIEL KANG,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) |
| **THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH and ROY W. MINTER, JR., Chief of Police for the city of Savannah, Georgia, In His Individual Capacity,** | ) ) ) ) ) ) ) |
| **Defendants.** | ) |

Civil Action No.: 4:21-cv-111-RSB-CLR

## AMENDED STATUS REPORT

NOW COME the parties and file their Amended Status Report to notify the Court that the pending discovery matters identified in Section I of their April 11, 2023 Status Report (one deposition and production of a document) have been completed and there are no remaining discovery issues. The parties' motion to extend the civil motions deadline remains pending.

Dated: April 24, 2023

                                            *s/ Brent Savage*
                                            Counsel for Plaintiff

                                            *s/Patrick T. O'Connor*
                                            Counsel for The Mayor and Alderman of the City of Savannah

                                            *s/Shawn Kachmar*
                                            Counsel for Roy W. Minter, Jr.