EXHIBIT 11

**From:** Stephenie Price <SPrice@Savannahga.Gov>
**Sent:** Monday, July 20, 2020 12:29 PM
**To:** Roy Minter <RMinter@Savannahga.Gov>
**Subject:** FW: FORMAL COMPLAINT on Joseph Toth and chain of command

Chief,
For your information and discussion.
AC S Price

---

**From:** Hiram Rivera <HRivera@Savannahga.Gov>
**Sent:** Monday, July 20, 2020 12:00 PM
**To:** Stephenie Price <SPrice@Savannahga.Gov>
**Cc:** James Dale <jdale@Savannahga.Gov>
**Subject:** FORMAL COMPLAINT on Joseph Toth and chain of command

FORMAL COMPLAINT:

Sometime in April 2020 – Not sure of the specific date, Captain Tobar was contacted by Lieutenant Toth. Shortly after their conversation, Captain Tobar entered my office and asked me to pull up a body camera video of CRN 200414073. Captain Tobar stated that the incident involved Daniel Kang. I pulled up the body camera and watched the video from beginning to end with Captain Tobar present. To our shock and dismay, we observed actions by the Sergeant (**who is my brother in law**) as well as actions by Daniel Kang that were a violation of policy, procedure, and may have skirted criminal action. I expressed that what we observed was not what we teach in training and I was concerned that ANY commander who saw this video and needed the opinion of the training unit staff to determine what course of action to take is negligent in their supervision and acted in cowardice if they did not take immediate action on this incident. This action rose to the level of a critical incident notification that requires immediate notification to the Chief of police because this was an incident that is likely to bring discredit to the Savannah Police Department.

24 hours later, I did my due diligence and requested to see Assistant Chief Price about the contents of the video and the seriousness of the actions that I observed. Captain Tobar had already seen the video and should have notified Chief Price immediately. Chief Price took the CRN and told me that she was going to see AC Gunther about it. This was the end of my involvement and I assumed that the appropriate chain of command would handle the incident accordingly, especially since it was known that Arango was FAMILY.

Shortly afterward (date to be determined) Arango and Kang were placed on administrative leave. Arango was also told by someone in his chain of command that I went to the chief about the video. Arango was subsequently terminated July 17th. My family was told by him that I got him into trouble. Never the less, my family is ruined because of the thoughtless and cowardly actions of a commander who could not tell him to his face that his action were egregious and warranted swift action and consequences. Instead, they tell him that I saw something wrong with it and that I took it to the chief.

EXHIBIT 11

Whatever commander that is, does not deserve to be making decisions. I did the right thing on the part of the organization because I witnessed something that required reporting – BY POLICY. Then I do my job and another commander shirks their responsibility to deal with the matter directly by using me as a scapegoat for the inevitable outcome.

I could have been a source of comfort and support for Arango and the rest of my family during this time. Now, I am BLAMED and no one in my family is talking to me – besides my wife and children.

In addition – Brandon Lord, who works for Lt. Toth, now believes that I have something against him because of this incident and has filed complaints on me due to impact of his chain of commands inability to translate the appropriate message to subordinates.

We have discussed Ethical Policing is Courageuos (EPIC) for a few weeks now. But now I see what happens as a result of integrity and ethics put to practice. I am disappointed in the cowardice of the commander who felt it was necessary to tell Arango my involvement. I am filing a formal complaint against Sergeant Arango's Chain of command – Lt. Joe Toth, Captain Alex Tobar, Captain David Gay, Major Devonn Adams and AC Lenny Gunther for destroying my family bond and trust and violating:

**GO OPS 048 Critical Incident Notification – Category I incidents and Category II Incidents**
**ADM 004 Oath of Office Ethics and Conduct – U. Reporting violations of laws orders rules**

*Lieutenant Hiram Rivera Jr*
Savannah Police Department
Training and Professional Development
(O) 912 525-3100 ext 1598
(C) 912 667-2523