[Print](#)

# Savannah Police Department
# Administrative Investigation Report

## Incident Details

| Date Received | Date of Occurrence | Time of Occurrence |
|---|---|---|
| 04/27/2020 | | |

| Record ID Number | CRN | OPS # |
|---|---|---|
| 1995 | 200414073 | 20-0022 |

| Date/Time Entered | Entered By | |
|---|---|---|
| 04/27/2020 15:59 | [IAPro entry - Lieutenant Richard Wiggins] | |

| SPD BlueTeam LIVE Assigned Investigator | IAPro Assigned Investigator | |
|---|---|---|
| Interim Chief Lenny Gunther - 4578 | Lieutenant Richard Wiggins | |

## Incident Summary

Darryl and Rebecca Faitele reported excessive force and conduct issues by Sgt. Arango and Cpl. Kang

## Incident Location

**Addresses**

- Location of Occurrence:

## Reporting/Involved Citizen

### Darryl Faitele

**Date of Birth:** 08/14/1995    **Race:** Black    **Ethnicity:** Non-Hispanic    **Gender:** Male

**Addresses**
    819 39th Street W, savannah, GA

**Phone Numbers**
    (912) 220-1539

**Role:** [None Entered]

## Incident Employees

### Corporal Daniel Kang - 12043

**Assignment at time of incident:** Corporal Field Operations/Intelligence & Strategic Investigations/Strategic Investigative Unit Issued - Activated - Effective
**Role:** [None Entered]
**Policy Outcome:** Not yet entered

**Linked Allegations**
• ADM-004 Treatment of Others - Sustained - 07/17/2020

• ADM-004 Conduct Unbecoming - Sustained - 07/17/2020

• ADM-007 Reporting a Police Response to Aggression/Resistance/Force Incident - Sustained - 07/17/2020

City K 02084

## Corporal Ronald Reagin - 1207

**Assignment at time of incident:** APO Field Operations/Intelligence & Strategic Investigations/Strategic Investigative Unit Issued - Not Activated
**Role:** [None Entered]
**Policy Outcome:** Not yet entered

**Linked Allegations**
• OPS-067 Body Worn Cameras (BWC) - Exonerated - 07/17/2020

## Sergeant Octavio Arango - 173

**Assignment at time of incident:** Sergeant Field Operations/Planning, Technology, & Administrative Management/Strategic Investigative Unit Issued - Not Activated
**Role:** [None Entered]
**Policy Outcome:** Not yet entered

**Linked Allegations**
• ADM-002 Supervisor Responsibility - Sustained - 07/17/2020

• ADM-004 Conduct Unbecoming - Sustained - 07/17/2020

• ADM-004 Neglect of Duty - Sustained - 07/17/2020

• ADM-004 Treatment of Others - Sustained - 07/17/2020

• OPS-067 Body Worn Cameras (BWC) - Sustained - 07/17/2020

• ADM-004 Questions of Citizens - Sustained - 07/17/2020

• ADM-007 Non-Deadly Force - Sustained - 07/17/2020

# Citizen Witnesses

## Rebecca Faitele

**Date of Birth:** Unknown    **Race:** Black    **Ethnicity:** Non-Hispanic    **Gender:** Female
**Role:** [None Entered]
**Addresses**
    147 Michelle Street, Savannah, GA
**Phone Numbers**
    (912) 226-8372

# Employee Witnesses

## Corporal Brandon Lord - 353

**Assignment at time of incident:** Corporal Field Operations/Intelligence & Strategic Investigations/Strategic Investigative Unit Issued - Activated - Effective
**Role:** [None Entered]

# Tasks
No tasks to show

# Running Sheet Entries

No running sheet entries to show

## Attachments

| Date Attached | Attachment Description | Attachment Types |
|---|---|---|
| 05/29/2020 | OPS-067 Body Worn Cameras 02-09-18 | pdf |
| 05/29/2020 | ADM-002 Organization and Direction 08-28-18 | pdf |
| 05/29/2020 | Disciplinary History - Ronald Reagin | doc |
| 05/29/2020 | FW Arrest of Darryl Faitele | msg |
| 05/29/2020 | Garrity and Notification - Kang | pdf |
| 06/01/2020 | OPS First Page - Policies Cited | doc |
| 05/29/2020 | Admin Leave - Arango | pdf |
| 05/29/2020 | Reports | pdf |
| 05/29/2020 | Garrity and Notification - Lord | pdf |
| 05/29/2020 | Admin Leave - Kang | pdf |
| 06/16/2020 | Discipline review board findings | pdf |
| 05/29/2020 | Ronald Reagin | MP3 |
| 04/28/2020 | Lord BWC 2 | |
| 06/01/2020 | Facts and Findings | docx |
| 05/29/2020 | Garrity and Notification - Arango | pdf |
| 05/29/2020 | Disciplinary History - Octavio Arango | doc |
| 05/29/2020 | OIS Aggravated Assault | msg |
| 05/29/2020 | Garrity and Notification - Reagin | pdf |
| 05/29/2020 | Daniel Kang | MP3 |
| 05/29/2020 | Disciplinary History - Daniel Kang | doc |
| 04/28/2020 | Lord BWC 1 | |
| 05/29/2020 | Complaint - Darryl Faitele | pdf |
| 05/29/2020 | Octavio Arango | MP3 |
| 05/29/2020 | Brandon Lord | MP3 |
| 05/29/2020 | ADM-007 Police Response to Agression, Resistance, and Force 08-28-18 | pdf |
| 05/29/2020 | Administrative Leave Notification - Sgt. Octavio Arango | msg |
| 04/28/2020 | Kang BWC | |
| 05/29/2020 | Administrative Leave Notification - Cpl. Daniel Kang | msg |
| 05/29/2020 | Complaint - Rebecca Faitele | pdf |
| 05/29/2020 | ADM-004 Oath of Office, Ethics, and Conduct 04-23-18 | pdf |
| 06/10/2020 | Investigative Report | docx |

## Assignment History

| Date/Time Sent | From | To | Activity |
|---|---|---|---|
| 06/01/2020 14:07 | Lie R Wiggins | | Field status changed in IAPro from to Field assigned |
| 06/01/2020 14:07 | Lie R Wiggins | Captain David Gay | IAPro assigned |
| 06/16/2020 09:18 | Captain David Gay | Captain David Barefield | Incident re-assigned by Captain David Gay to Lieutenant David Barefield for further work-up. |
| 06/16/2020 09:20 | Cap D Barefield | | Field status changed in IAPro from Field assigned to Released |
| 06/16/2020 09:22 | Cap D Barefield | | Field status changed in IAPro from Released to Field assigned |
| 06/16/2020 09:22 | Cap D Barefield | Interim Chief Lenny Gunther | IAPro assigned |
| 06/16/2020 17:25 | Interim Chief Lenny Gunther | Captain David Gay | Incident re-assigned by Assistant Chief Lenny Gunther to Captain David Gay for further work-up. |
| 06/17/2020 11:50 | Captain David Gay | Interim Chief Lenny Gunther | Incident re-assigned by Captain David Gay to Assistant Chief Lenny Gunther for further work-up. |
| 09/22/2020 12:47 | Cap D Barefield | | Field status changed in IAPro from Completed - review pending to Released |

## Chain of Command History

**Routing Number: 1**

**From** Lieutenant Richard Wiggins

**To** Captain David Gay

**Cc:** Interim Chief Lenny Gunther
Interim Assistant Chief Devonn Adams
Lieutenant Joseph Toth

**Date/Time Sent** 06/01/2020 14:07

**Instructions From [ Lieutenant Richard Wiggins ] To [ Captain David Gay ]**

For review

**Comments/Response From [ Captain David Gay ]**

[Captain David Gay has re-assigned the incident to Lieutenant David Barefield]

**Routing Number: 2**

**From** Captain David Gay

**To** Lieutenant David Barefield

**Cc:**

**Date/Time Sent** 06/16/2020 09:18

**Instructions From [ Captain David Gay ] To [ Lieutenant David Barefield ]**

Discipline review board findings have been attached.

**Comments/Response From [ Lieutenant David Barefield ]**

[Open routing]

| | |
|---|---|
| **Routing Number: 3** | |
| **From** Captain David Barefield | |
| **To** Interim Chief Lenny Gunther | |
| **Cc:** | |
| **Date/Time Sent** 06/16/2020 09:22 | |
| **Instructions From [ Captain David Barefield ] To [ Interim Chief Lenny Gunther ]** | |
| Assistant Chief Gunther, Please review the findings of the DRP uploaded by Captain Gay and forward to Chief Minter in preparation for a Mitigation Hearing. Thank you sir | |
| **Comments/Response From [ Interim Chief Lenny Gunther ]** | |
| [Assistant Chief Lenny Gunther has re-assigned the incident to Captain David Gay] | |
| **Routing Number: 4** | |
| **From** Interim Chief Lenny Gunther | |
| **To** Captain David Gay | |
| **Cc:** | |
| **Date/Time Sent** 06/16/2020 17:25 | |
| **Instructions From [ Interim Chief Lenny Gunther ] To [ Captain David Gay ]** | |
| RE: SWAT Team Membership and DRB recommendation. | |
| **Comments/Response From [ Captain David Gay ]** | |
| [Captain David Gay has re-assigned the incident to Assistant Chief Lenny Gunther] | |
| **Routing Number: 5** | |
| **From** Captain David Gay | |
| **To** Assistant Chief Lenny Gunther | |
| **Cc:** | |
| **Date/Time Sent** 06/17/2020 11:50 | |
| **Instructions From [ Captain David Gay ] To [ Assistant Chief Lenny Gunther ]** | |
| Per our discussion. | |
| **Comments/Response From [ Assistant Chief Lenny Gunther ]** | |
| Completion notes: Reviewed and approved. | |
| **Routing Number: 6** | |
| **From** Interim Chief Lenny Gunther | |
| **To** Police Chief Roy Minter | |
| **Cc:** Executive Assistant Jessica Grove | |

**Date/Time Sent** 06/19/2020 12:37

**Instructions From [ Interim Chief Lenny Gunther ] To [ Police Chief Roy Minter ]**

Chief,

For your review and records. I believe the attached case has been scheduled for mitigation hearings.

**Comments/Response From [ Police Chief Roy Minter ]**

[Open routing]

City K 02089