EXHIBIT 20

# Termination Appeal

CPL Dan Kang

30 Jul 2020

KANG 001282

# Responsibility

- ADM-004: Conduct Unbecoming
- ADM-004: Treatment of Others
- ADMN-007: Reporting a Police Response to Aggression Resistance Force

KANG 001283

# Previous work history/performance

- Strong work ethic from patrol, CSU, VCTF, CNT, SWAT, SIS
- Spending personal time and finances to improve capabilities
- History of trying to improve SPD programs
    - SWAT
    - SIS – Warrants
- Military – Active and Reserve

KANG 001284

# Disciplinary History



## Office of Professional Standards

### Sergeant Richard Wiggins, Investigator
### Internal Affairs

#### Prior Discipline

### Cpl. Daniel Kang

No Prior Discipline

KANG 001285

# Discipline Review Board Findings (10 Jun)

Corporal Daniel Kang stood accused of violating the following policies:

1. SPD GO# ADM-004 Conduct Unbecoming
2. SPD GO# ADM-004 Treatment of Others
3. SPD GO# ADM-007 Reporting a Police Response to Aggression/Resistance/Force

Major Adams, Lieutenant Toth, and I sustained all the allegations against Corporal Kang.

Major Adams Lieutenant Toth and I recommended the following:

1. Incident review and training assessment by the Training Unit followed by additional training for Corporal Kang.
2. Transfer out of SIS.
3. Review of SWAT Team membership
4. A five-day suspension

EXHIBIT 20

# Mitigating Factors

- October 2015 OIS
- COVID-19/Shelter in Place
- Previous work history and performance

KANG 001287

# October 2015 OIS

- Memories were non intrusive
- Hypervigilance
- Never hesitated to undertake dangerous operations to help fulfill SPD missions

- Several individuals may have observed symptoms but dismissed it or did not act
- July 2020: Dr Sampson (psychological evaluation) stated I should have been receiving treatment/counseling
    - Fit for duty
    - Recently learned of potential trauma

KANG 001288

# COVID-19 / Shelter in Place

- Shelter in Place:
    - Savannah – 24 Mar 2020
    - Georgia – 2 Apr 2020

- Did not receive PPE until late April

- 3 weeks – Loss of hobbies/Stress relief
    - Going out with friends
    - Gym
    - Jiujitsu
    - Competitive shooting
    - Afraid to visit parents

KANG 001289

# Khalil Kelly – High level threat to community

- Unit mission: Apprehension of high profile individuals who are a risk to the safety of the community

- Arrest Warrants:
    - Aggravated Assault
    - Battery
    - Obstructing/Hindering Emergency Call

- Previous arrest in 2017:
    - Felony Fleeing to Elude, Reckless driving, No child restraint

KANG 001290

# Previous work history/performance

- Decorated
    - CNT Agent of the Quarter – 1Q2019
    - Medal of Valor – August 2018
    - Medal of Distinction – March 2017
    - Team Award/Central Precinct CSU – April 2016
    - Team Award/SWAT – April 2016 (2 incidents)
    - Medal of Valor – March 2016
    - Certus Bank Community Spotlight Hero – December 2014

KANG 001291



# THE SAVANNAH POLICE DEPARTMENT

proudly presents the

# MEDAL OF VALOR

to

## Cpl. Daniel Kang

in honor and recognition for demonstrating exceptional bravery, exemplary courage and unselfishly risking your own life while responding to a barricaded gunman on Chapel Lake South on February 18, 2017, resulting in the successful apprehension of the suspect and rescue of a woman and two children. You are hereby authorized to wear the official Medal of Valor and service bar, issued by the Savannah Police Department

**on this 3rd day of August 2018**

_____

Mark Revenew, Chief of Police

KANG 001292



# THE SAVANNAH-CHATHAM METROPOLITAN POLICE DEPARTMENT

proudly presents the

# MEDAL OF DISTINCTION

to

## APO Daniel Kang

in honor and recognition for demonstrating exceptional bravery and exemplary courage, along with your SWAT team members, when responding to a domestic shooting on December 23, 2016 and quickly rescuing the injured woman who had been shot. You are hereby authorized to wear the official Medal of Distinction and service bar, issued by the Savannah-Chatham Metropolitan Police Department

on this 3rd day of March 2017

*Joseph H. Lumpkin, Sr.*
Joseph H. Lumpkin, Sr., Chief of Police

KANG 001293



# THE SAVANNAH-CHATHAM METROPOLITAN POLICE DEPARTMENT

proudly presents this

# UNIT-TEAMWORK CITATION

to

## APO Daniel Kang, SWAT Team

in honor and recognition for your outstanding performance in the coordinated and cumulative effort when responding to an "officer down" call in Pooler on February 10th, 2016 in which a deputy had been shot by a barricaded gunman and others were pinned down behind their vehicles. The teamwork displayed to rescue fellow law enforcement officers and end the standoff peacefully illustrates your commitment to the SCMPD and the community.

on this 20th day of April, 2016

*Joseph H. Lumpkin, Sr.*

Joseph H. Lumpkin, Sr., Chief of Police



KANG 001294



THE SAVANNAH-CHATHAM METROPOLITAN POLICE DEPARTMENT

proudly presents this

# UNIT-TEAMWORK CITATION

to

APO Daniel Kang, SWAT Team

in honor and recognition for the outstanding performance in the coordinated and cumulative effort on February 4th, 2016 when you responded to a barricaded gunman at a Georgetown apartment complex; the gunman was firing at officers, their vehicles, and equipment. The teamwork displayed to spend 10 hours in cold, wet conditions to convince the gunman to surrender without causing any harm to officers, bystanders, or the gunman illustrates your commitment to the SCMPD and the community.

on this 20th day of April, 2016

Joseph H. Lumpkin, Sr., Chief of Police

KANG 001295



# THE SAVANNAH-CHATHAM METROPOLITAN POLICE DEPARTMENT

*proudly presents this*

# UNIT-TEAMWORK CITATION

to

## APO Daniel Kang, Central Precinct CSU

in honor and recognition for your outstanding performance in the coordinated and cumulative effort to improve public safety in the Central Precinct neighborhoods by saturating high crime areas, tracking down the violent criminals, and building rapport with the citizens to improve community policing efforts. The teamwork displayed by you led to the arrests of several homicide and shooting suspects in 2015 and illustrates your commitment to the SCMPD and the community.

on this 20th day of April, 2016

*Joseph H. Lumpkin, Sr.*

Joseph H. Lumpkin, Sr., Chief of Police

KANG 001296



# THE SAVANNAH-CHATHAM METROPOLITAN POLICE DEPARTMENT

proudly presents the

# MEDAL OF VALOR

to

## Officer Daniel Kang

in honor and recognition for demonstrating exceptional bravery, exemplary courage and unselfishly risking your own safety to alleviate danger during a shootout with a suspect and rendering aide to a fellow officers on October 28, 2015.  You are hereby authorized to wear the official Medal of Valor and service bar, issued by the Savannah-Chatham Metropolitan Police Department

on this 25th day of March 2016

_Joseph H. Lumpkin, Sr._

Joseph H. Lumpkin, Sr., Chief of Police

KANG 001297

EXHIBIT 20





SAVANNAH, GA (December 16, 2014) — Certus Bank's, AVP and Manager of the Hodgson Memorial Branch, Tina Browning presented Central Precinct officer Daniel Kang with the Certus Bank Community Spotlight Hero award for his continued excellence in protecting and serving the citizens of the Central Precinct Neighborhood and the City of Savannah as a whole. Officer Kang is committed to his department, precinct and keeps the integrity of his beat intact. Officer Kang is a three-time deployment Iraq war veteran.



A triptych with Officer Daniel Kang's accomplishments will stand in the Certus Bank lobby located on Hodgson Memorial drive.

KANG 001298