EXHIBIT 24

Fraytell

Sgt. Arango
Jeff Grant
Chief Minter
Asst. Chief Gunther
    Toth
Lt. Barefield - Internal Affairs
Sgt. Wiggins - Internal Affairs
~~Sgt.~~
~~Lt.~~ Toth    Strategic Investigations ~~Services~~

1:04
1:15 suspect
1:52 Tells officers wallets in pocket.

Corporal Daniel Kang

① April 14 (SIS warrants)

② Upheld Findings
   Recommendation

③ Chief Minter
  - Supervisory skills not in dispute
  - Verify id
  - Inappropriate lang

④ Stellar performance
  and we all make mistakes

⑤ Kang

⑥ Pattern of unprofessional
  conduct → several time
  - ~~unallotted~~ think about
    better decisions

- Charged handcuff suspect
- Inappropriate language
- Challenged Freitel
- Did not file use of force

Discipline Review Board
( lengthy suspension
  - Chief Gunther

- Major Adams - 20
Capt.
Unanimous decision

Chief Minter (higher standard)
- Totally inappropriate conduct
- No supervisory skills (conc)
- Notes in hands   Kang
- ~~suspect~~ compliant w/ orders
- No camera body on
- high +
- ~~WWF~~ - Who would hit? "I did"
→ no de-escalation (arrest
→
→ at hospital w/ Freitel's mother

EXHIBIT 24

Tape 0 – 33:07

1:04   Sgt. Arango kicks in door (does not knock or try knob). Shown pointing gun.

1:15   Darryl comes to door casually with keys in hand; told by Sgt. to show hands and lay down. Sgt. grabs Darryl and throws him to the ground, face down.

1:34-1:44   Cuffed. Cursing and claiming not Kallil.

1:52   Tells officers wallet's in pocket. Officer (?) Kang checks but doesn't confirm.

5:41   Sgt. Arango accuses Darryl of crying after continued exchange of conversation. Darryl

7:00   Officer calls EMS.

7:10-7:38   Sgt. Arango accuses Darryl of spitting on him. Sgt. Arango holding him on ground forcefully with hand against head on concrete. Darryl continues profanities.

7:39—9:30   Face covering. Exchanging profanities between Sg. Arango and Darryl.

Personnel issues are the toughest decisions I must make. Balancing budgets are mild compared to decisions that affect lives. I don't take this responsibility lightly. I've read the reports and watched the body cam. The body cam does not reflect well upon the professionalism of two officers in particular. I know it's a tough job. My brother served in front line of law enforcement for 35 years. *Sgt Arango talk about red-lining*

Serving arrest warrants may constitute the severest of duty and requires toughness. I heard Sgt. Arango state at one point that he needs to protect his team. I get it. Working in the time of COVID-19 only makes the job that much more difficult. Yet, despite the demands, uncertainty and dealing with others who don't understand or respect what you do, professionalism must be at the core of who we are.

--I see excessive force. *anger that leads to stooping down to another level that leads to*
--I see unprofessional conduct.

-- We should be better than that, and police officers should be better. Serve, protect and build trust. Incidents such as this one do not build trust.