**From:** Pat Monahan <PMonahan@Savannahga.Gov>EXHIBIT 33
**Sent:** Friday, October 30, 2020 5:21 PM
**To:** Cary Hill <CHill@Savannahga.Gov>; Tonya Reid <TReid@Savannahga.Gov>; Michelle Halford <MHalford@Savannahga.Gov>; Bradley Beddow <BBeddow@Savannahga.Gov>; Raymond Retzer <RRetzer@Savannahga.Gov>; Gregory Ernst <GErnst@Savannahga.Gov>; Ronald Reagin <RReagin@Savannahga.Gov>; Brandon Lord <blord@Savannahga.Gov>; Sharif Lockett <SLockett@Savannahga.Gov>; Justin Gause <JGause@Savannahga.Gov>; Jacob Davey <JDavey@Savannahga.Gov>; Robert Mowers <RMowers@Savannahga.Gov>; Phillip Collard <PCollard@Savannahga.Gov>; Peter Latrou <Platrou@Savannahga.Gov>; James Ward <JWard@Savannahga.Gov>; Alexander Gammon <AGammon@Savannahga.Gov>; Tori May <TMay@Savannahga.Gov>; Nicholas Marlow <NMarlow@Savannahga.Gov>; Molly Montgomery <MMontgomery@Savannahga.Gov>; Benjamin Valdivieso <BValdivieso@Savannahga.Gov>; Derek Korte <DKorte@Savannahga.Gov>; Romel Petit-Frere <RPetit-Frere@Savannahga.Gov>; Darold Holmes <DHolmes@Savannahga.Gov>; Matthew Russell <MRussell@Savannahga.Gov>; Jase Gallagher <JGallagher@Savannahga.Gov>; Keith Edwards <KEdwards@Savannahga.Gov>; Christopher Hewett <CHewett@Savannahga.Gov>; Erica Tremblay <ETremblay@Savannahga.Gov>; Jordan Hoff <JHoff@Savannahga.Gov>; David Curtis <DCurtis@Savannahga.Gov>; Joseph Eblin <JEblin@Savannahga.Gov>; Robert Parker <RParker01@Savannahga.Gov>; Jeremy Lambert <JLambert@Savannahga.Gov>; Elizabeth Harrell <EHarrell@Savannahga.Gov>; John Alberts <JAlberts02@Savannahga.Gov>; Scott Henderson <SHenderson@Savannahga.Gov>; Alfredo Saenz De Viteri <ASaenzDeviteri@Savannahga.Gov>; Joseph Supple <JSupple@Savannahga.Gov>; Melanie DuBose <MDubose@Savannahga.Gov>; Scott Bill <SBill@Savannahga.Gov>; David Owens <dowens@Savannahga.Gov>; Christopher Talley <CTalley@Savannahga.Gov>; James Hutcherson <JHutcherson@Savannahga.Gov>; Nicholas Melke <nmelke@Savannahga.Gov>; Jeffrey Oliver <joliver@Savannahga.Gov>; Rebekah Parker <RParker02@Savannahga.Gov>; Brian Spence <BSpence01@Savannahga.Gov>; Allison Stahl <AStahl@Savannahga.Gov>; Ronald Neslein <RNeslein@Savannahga.Gov>; David Carrier <DCarrier@Savannahga.Gov>; Joshua Orlanksky <JOrlansky@Savannahga.Gov>; Michael Grossman <MGrossman@Savannahga.Gov>; Joseph Overholt <JOverholt@Savannahga.Gov>; Austin Foraker <AForaker@Savannahga.Gov>; Shamonica Badie <SBadie@Savannahga.Gov>; Tiffany Manuel <TManuel@Savannahga.Gov>; Bryony Harris <BHarris01@Savannahga.Gov>; Eric Dukarski <EDukarski@Savannahga.Gov>; Benjamin Ferrero <BFerrero@Savannahga.Gov>; Mason Hamm <MHamm@Savannahga.Gov>; Rodney Cooper <RCooper01@Savannahga.Gov>; Anthony Ravita <ARavita@Savannahga.Gov>; Samantha Sosbe <SSosbe@savannahga.gov>; Elizabeth Sosbe <ESosbe@Savannahga.Gov>; Sean Carr <SCarr@Savannahga.Gov>; Michael Dobson <MDobson@Savannahga.Gov>; Chester Balmer <CBalmer@Savannahga.Gov>; Sanford Stephens <SStephens@Savannahga.Gov>; Sherry Conaway <SConaway@Savannahga.Gov>; Travis Duncan <TDuncan@Savannahga.Gov>; Zachary Burdette <ZBurdette@Savannahga.Gov>; George Gundich <GGundich@Savannahga.Gov>
**Cc:** Jeff Grant <JGrant01@Savannahga.Gov>; Anthony Caston <ACaston@Savannahga.Gov>; Bates Lovett <BLovett@Savannahga.Gov>; Jennifer Herman <JHerman@Savannahga.Gov>
**Subject:** Conflict Resolution Outcome

Let me start by thanking each of you for bringing your concerns and being transparent throughout the process. As noted before, we took each submission seriously and ensured due process was based on objectivity. As you are aware, for the past several months the Director of the Office of Human Resources, Jeff Grant, and I worked earnestly to investigate the complaints that you submitted related to Police Chief Roy Minter's leadership and management of the Savannah Police Department. Your complaints and the follow-up work followed the procedures established by the City of Savannah's Conflict Resolution Program. To add objectivity, I also authorized independent review by an outside employment specialist, Susan Cox. The three of us independently read through each

1

CITY00430

EXHIBIT 33

complaint and compiled a list of core, common and critical concerns by each of you (identified only as "officers" to protect anonymity). In addition, Mrs. Cox interviewed some of you, and I conducted some interviews as well. Time was provided to allow Chief Minter to respond to the list of concerns. Mr. Grant and I met with Chief Minter this morning to discuss the outcome of the review.

Chief Minter, Mr. Grant and I discussed the following needs for the department and agree they will be areas of focus moving forward:

- Be clearer about SPD's vision, mission, values and goals (strategic plan is underway).
- Increase communication within SPD, including providing more updates throughout the department and taking the time to explain impactful decisions that affect the department.
- Broaden the inner circle of advisors within SPD and work more to value their advice and opinions. Any performance correction or discipline should be done in private away from a group setting.

- Encourage more dissent and hear the advice of the command staff who may not always agree. With this said, ultimately the Chief will be responsible for the final decision. When decisions are made, own them fully.
- Adhere to the chain of command, especially for assignments and discipline.
- Review departmental policies, decide what is policy versus what is not and update (this was under way with a contract approved by Council).
- Include the Office of Human Resources on matters of personnel policies, promotions and discipline (this was under way).

Chief Minter acknowledges that work is needed on leadership and management to build a more effective team. He expressed the need to focus more on his relationship with his command staff while allowing his command staff to work to maximum efficiency in the performance of their jobs. Chief Minter will receive review and feedback as he works through these areas of focus. Despite its rewards, law enforcement rates among the most difficult jobs in public service because serving and protecting comes with risks and seldom with the acknowledgment that the job deserves. All of us share a common goal: an effective law enforcement department that serves the community with a high set of standards and professionalism. Thank you,

Patrick C. Monahan
City Manager
Email: pmonahan@savannahga.gov
Office: (912) 651-6415

CITY00431