| | |
|---|---|
| **From:** | Mayor Johnson |
| **To:** | morrellmcleod@yahoo.com; pastorlarinda@gmail.com; Michael@phx50.com; kglover@georgiasouthern.edu; daminor2005@yahoo.com; JBBJRATTY@aol.com; ALQLaw@yahoo.com; jim@connectsavannah.com; Katie@fbc-sav.org; Sharif Lockett; MMillersav@comcast.net; Pamlovessavannah@aol.com; anthony.mabenjr@100blackmensav.org; sandersnatavia@gmail.com; president@savannahdna.org; PastorRManuel@gmail.com; micjohns56@gmail.com; brooksw@savannahstate.edu; epiii@gmail.com; dbaker@wtoc.com |
| **Cc:** | Marty Johnston; Sharonte Turner; Pat Monahan; Roy Minter; Bates Lovett; Mark Massey; Nick Zoller |
| **Subject:** | Savannah Citizens Accountability and Review of Emergency Services (CARES) committee |
| **Date:** | Tuesday, June 30, 2020 4:50:44 PM |
| **Importance:** | High |

Thank you for agreeing to participate on the **Savannah Citizens Accountability and Review of Emergency Services (Savannah CARES)** committee.

Initially, this committee is charged with reviewing the Savannah Police Department use of force policies, engaging the public to learn about their experience with Savannah Police, reporting finding back to the public and recommending reform.
Later, we may look at other emergency services within the City bureaucracy.

The members are:

Attorney Diane Morrell McLeod, Chair

Dawn Baker

Attorney James Blackburn

Professor Willie Brooks

Rev. Katie Callaway

Attorney Michael Edwards

Kenneth Glover

Michael Johnson

Dr. Larinda King

Officer Sharif Lockett

Anthony Maben

Pastor Ricardo Manuel

David McDonald

Dr. Marie Miller

Pam Miller

David Minor

Jim Morekis

Eugene Priester

Natavia Sanders

Attorney Abda Quillian

We will be formally introducing **Savannah CARES** tomorrow at 11:30 am at City Hall.  Please feel free to attend, if you wish.  Please wear a mask and expect to have your temperature checked upon your entry to City Hall.

The Committee will meet later via Zoom to get organized and map out our plan of action.



Again, thank you for your service.

Van

**Van R. Johnson, II**
**Mayor**
City of Savannah, GA
2 East Bay Street
Savannah, GA 31401
MayorJohnson@savannahga.gov
(912) 651-6444

NOTICE: Georgia has a broad open/public records law. Most written communications to or from City officials are public records that will be disclosed to the public and the media upon request. E-mail communications may be subject to public disclosure.