# EXHIBIT 1



State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name Wayne Peterson _____ 2. S. S. No. _____

   a. State any other name(s) under which employee worked. _____

3. Period of Last Employment: From 6/22/2006 _____ To 7/1/2020 _____

4. REASON FOR SEPARATION:

   a. LACK OF WORK ☐

   b. If for other than lack of work, state fully and clearly the circumstances of the separation: Termination

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
   (DO NOT include vacation pay or earned wages)

   _____ in the amount of $_____ for period from _____ to _____
   (type of payment)

   Date above payment(s) was/will be issued to employee _____

   IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
   _____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ? YES ■   NO ☐   If NO, how much? $_____

   Average Weekly Wage _____

Employer's Name: City of Savannah, Attn: Human Resources

Address: P. O. Box 1027

City: Savannah   State: GA   31402
ZIP Code

Employer's Telephone No.: 912-525-3100, ext. 1114
(Area Code)   (Number)

Ga. D. O. L. Account Number 140-306-02
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to, or mailed to the worker.

_____
Signature of Official, Employee of the Employer or authorized agent for the employer

Captain F
_____
Title of Person Signing

7-1-20
_____
Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

### NOTICE TO EMPLOYEE
OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/02)

KANG 206902