AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANIEL KANG,

Plaintiff,

v.

ROY W. MINTER, JR.,

Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-111

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on June 6, 2024, Defendant's Motion for Summary Judgment is granted. This civil action stands closed.

Approved by: _R. Stan Baker_ (signature)

June 7, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_(signature)_
(By) Deputy Clerk

GAS Rev 10/2020